IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CRYSTAL RENEE JOLESCH, n/k/a
Crystal Renee McBride,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED.

     Appellant,

v.

CASE NO. 1D14-5842

ANDREW LAWRENCE
BUSCHBACH, STATE OF FLORIDA
DEPARTMENT OF REVENUE
CHILD SUPPORT ENFORCEMENT,

     Appellees.

_____/

Opinion filed October 15, 2015.

An appeal from an order of the Department of Revenue Child Support Enforcement Program.

David A. Carroll, Pensacola, for Appellant.

Sherry Anita Toothman, Assistant General Counsel, Department of Revenue, Tallahassee; Pamela Jo Bondi, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for Appellees.

PER CURIAM.

Upon consideration of the appellee's concession of error, the final administrative support order on appeal in this case is VACATED, and this cause is

hereby REMANDED for further proceedings in accordance with the concession of error.

BENTON, OSTERHAUS, and WINOKUR, JJ., CONCUR.